February 20, 2014



# JUDGMENT

# The Fourteenth Court of Appeals

THE UNIVERSITY OF TEXAS HEALTH SCIENCE CENTER AT HOUSTON,
Appellant

NO. 14-13-00232-CV                              V.

RAKISHA DICKERSON, INDIVIDUALLY AND AS PERSONAL
REPRESENTATIVE OF THE ESTATE OF LONDYN R'MANI DICKERSON,
DECEASED, Appellee

_____

This cause, an appeal from an order denying the University of Texas Health Science Center at Houston's plea to the jurisdiction signed February 22, 2013, was heard on the transcript of the record. We have inspected the record and find the trial court erred in denying the plea. We therefore order the order of the court below **REVERSED** and **RENDER** judgment dismissing the suit filed by Rakisha Dickerson, Individually and as Personal Representative of the Estate of Londyn R'Mani Dickerson, Deceased against the University of Texas Health Science Center at Houston for lack of jurisdiction.

We further order that all costs incurred by reason of this appeal be paid by appellee, Rakisha Dickerson, Individually and as Personal Representative of the Estate of Londyn R'Mani Dickerson, Deceased.

We further order this decision certified below for observance.